OPINION — AG — BECAUSE COUNTY FINANCE IS SET UP ON AN ANNUAL BASIS, THE BOARDS OF COUNTY COMMISSIONERS AND COUNTY EXCISE BOARD ARE NOT REQUIRED TO DISTRIBUTE COUNTY EXPENDITURES EQUALLY OVER THE TWELVE MONTHS OF THE FISCAL YEAR, AS LONG AS BY THE END OF THE YEAR, THEY HAVE KEPT EXPENDITURES WITHIN THE TOTAL APPROPRIATIONS FOR EACH PURPOSE, AND AS LONG AS THEY OBSERVE THE VARIOUS SPENDING LIMITATIONS SUCH AS 68 O.S. 1977 Supp., 24100 [68-24100] RELATING TO TEMPORARY APPROPRIATIONS, 19 O.S. 1971 347 [19-347] RELATING TO COUNTY OFFICERS LEAVING OFFICE, ARTICLE X, SECTION 26 IMPOSING AN ANNUAL DEBT LIMITATIONS, AND ALL OTHER RESTRICTIONS IMPOSED BY LAW. CITE: 19 O.S. 1971 254 [19-254], 19 O.S. 1971 326 [19-326], 19 O.S. 1971 347 [19-347], 19 O.S. 1971 410.13 [19-410.13], 19 O.S. 1971 410.14 [19-410.14] [19-410.14], 19 O.S. 1971 477 [19-477] 19 O.S. 1971 480 [19-480], 19 O.S. 1971 485 [19-485] [19-485], 62 O.S. 1971 41.10 [62-41.10] 62 O.S. 1971 302 [62-302], 62 O.S. 1971 303 [62-303] [62-303], 62 O.S. 1971 310.1 [62-310.1] 62 O.S. 1977 Supp., 310.2 [62-310.2], 62 O.S. 1977 Supp., 310.3 [62-310.3], 62 O.S. 1971 331 [62-331] 62 O.S. 1977 Supp., 461 [62-461], 62 O.S. 1977 Supp., 462 [62-462] [62-462], 68 O.S. 1971 2483 [68-2483] 68 O.S. 1971 2499 [68-2499], 68 O.S. 1971 24100 [68-24100] [68-24100], 68 O.S. 1973 Supp., 24101 [68-24101] 68 O.S. 1979 Supp., 24103 [68-24103] (COUNTY FINANCE, EXPENDITURE RESTRICTIONS) OPINION NO. 71-101 (MARY BRYCE LEADER)